Bunce D. Atkinson, Esquire
THE KELLY FIRM, PC
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762-2030
(732) 449-0525
Bunce D. Atkinson, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

_____ x
In re:

**SAMIR MRKULIC** ,

   Debtor
_____ x

Chapter 7

Case No. **25-10072 CMG**

**NOTICE TO UNITED STATES TRUSTEE OF CHANGE OF
NO-ASSET CHAPTER 7 CASE TO ASSET CHAPTER 7 CASE**

The following No-Asset Chapter 7 case should be designated as an Asset Chapter 7 Case:

NAME OF CASE: **SAMIR MRKULIC**

CASE NUMBER: **25-10072 CMG**

AMOUNT OF FUNDS ON HAND: $0.00

IF THERE ARE NO FUNDS ON HAND, BUT ASSETS THAT WILL PRODUCE FUNDS FOR THIS ESTATE, INDICATE ACTUAL OR ESTIMATE VALUE OF THE ASSETS:

ACTUAL VALUE: UNKNOWN

ESTIMATED VALUE UNKNOWN

OTHER INFORMATION RELATING TO STATUS OF CASE pending malpractice claim

SIGNATURE OF TRUSTEE: */s/ Bunce D. Atkinson*

NAME OF TRUSTEE: BUNCE D. ATKINSON DATED: 8/13/25