UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

THE KELLY FIRM, PC
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762-2030
(732) 449-0525
Attorneys for Bunce Atkinson, Chapter 7 Trustee

Order Filed on September 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SAMIR MRKULIC,

Debtor.

Case No.: 25-10072

Judge: CMG

Chapter: 7

Recommended Local Form: ☑ Followed   ☐ Modified

**ORDER AUTHORIZING RETENTION OF** Cannata, Hendele & Cannata, LLP

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 25, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

In re: Samir Mrkulic

Case No.: 25-10072

Applicant: Bunce D. Atkinson

(check all that apply) ☒ Trustee: ☒ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.
☐ Debtor: ☐ Chap. 11   ☐ Chap. 13
☐ Official Committee of _____

Name of Professional: Gregory J. Cannata, Esquire

Address of Professional: Cannata, Hendele & Cannata, LLP

60 East 42nd Street, Suite 932

New York, NY 10165

☐ Attorney for (check all that apply):
  ☐ Trustee   ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee   ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☒ Other Professional:
  ☐ Realtor   ☐ Appraiser   ☒ Special Counsel   ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*